U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 29 2007

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| JOHN SISK | CIVIL ACTION NO. 06-2396-A |
|---|---|
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein (Document Nos. 60, 61, 63, and 64), and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendations in the record;

IT IS ORDERED that the Motions to Dismiss (Document Nos. 15, 39, and 52) and the Motion to Set Aside Default and to Dismiss (Document No. 38) are GRANTED and Plaintiff's claims against the State of Louisiana, Alvin Sharp, Kathleen Blanco, Richard T. Haik, Tom Stagg, R. Gary Klausner, the State of California, the United States of America, Alberto Gonzales, David Vitter, Mary Landrieu, and Rodney Alexander are DISMISSED WITH PREJUDICE.

SIGNED on this 27th day of June, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE