U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 27 2008

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JOHN SISK | CIVIL ACTION NO. 06-2396-M |
|---|---|
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

### MEMORANDUM RULING

In a spurious "Motion for Ruling," plaintiff has requested a supposed clarification of issues regarding an alleged request filed into the record on August 24, 2007, for an extension of time to effect service on Margaret Johnson. The record of this case reflects <u>NO</u> such filing.

Accordingly, we observe there is no basis for the motion. However, because this matter is on appeal via multiple appeals, we are uncertain whether our jurisdiction to determine this issue is divested and we refer the motion for consideration to the United States Fifth Circuit Court of Appeals.

SIGNED on this 27 day of March, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE