U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 0 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| JOHN SISK | CIVIL ACTION NO. 06-2396-M |
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

### AMENDED MEMORANDUM RULING

In a spurious "Motion for Ruling," plaintiff has requested a supposed clarification of issues regarding an alleged request filed into the record on August 24, 2007, for an extension of time to effect service on Margaret Johnson. The record of this case reflects <u>NO</u> such filing. We note that Mr. Sisk attempted to file such a motion, but the same was denied by Judge James T. Trimble, Jr. on October 31, 2007. See Document No. 127.

Accordingly, we observe there is no basis for the motion. However, because this matter is on appeal via multiple appeals, we are uncertain whether our jurisdiction to determine this issue is divested and we refer the motion for consideration to the United States Fifth Circuit Court of Appeals.

SIGNED on this 2nd day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE